Civil Action No. 6:26-CV-03518-MDH

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________

was received by me on *(date)* ______________ .

■ I personally served the summons on the individual at *(place)* City councle meeting lebanon MO on *(date)* 8-24-2026 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________________, a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is designated by law to accept service of process on behalf of *(name of organization)* ______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ 100$ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9-24-2026

[signature]
*Server's signature*

Isaac Knight
*Printed name and title*

30195 Robin Dr
*Server's address*

Additional information regarding attempted service, etc: