**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON and SHELIA LYNN MANNON,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 6:26-CV-03518-MDH** |
| **CITY OF LEBANON, MISSOURI,** | ) | |
| **Defendant.** | ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT OUT OF TIME

COMES NOW Defendant City of Lebanon, Missouri, by and through its attorneys of record and moves the Court for leave to file its Answer to Plaintiffs' Complaint out of time. In support of this motion, Counsel for Defendant states Defendant originally believed that the pleading and summons was served on Defendant by Plaintiff Mannon in violation of Rule 4(c)(2). Counsel for Defendant was unable to verify the accuracy of this information prior to the original Answer date because the Return of Service was not filed until three dates after the Answer due date. The Return of Service identifies Isaac Knight as the individual who served process instead of Plaintiff Mannon. Further investigation revealed although Plaintiff Mannon indicated at the Council Meeting that he was serving Defendant with a lawsuit, the paperwork was physically handed to the Mayor by Mr. Knight. The Answer was due on September 14, 2026. This request will not cause any delay in the proceedings.

WHEREFORE, Defendant respectfully requests its Motion for Leave to File Answer out of Time be granted.

Respectfully submitted,

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By:___*/s/ Rachel A. Riso*________________________

Rachel A. Riso MBN: 57145
rriso@eehjfirm.com
2808 S. Ingram Mill Road, Suite A104
Springfield, MO 65804
Phone: 417-866-5091
Fax: 417-866-1064
***Attorneys for Defendant City of Lebanon***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of September 2026, I electronically filed a true and correct copy of this document with the Clerk of the United States District Court, Western District of Missouri, by using the Missouri e-Filing System. Participants in the case who are registered users will be served by the Missouri e-Filing System. A copy was also mailed to:

Leslie Dennis Mannon and Shelia Lynn Mannon
25641 Ortega Drive
Lebanon, MO 65536
*Plaintiff, Pro Se*

*/s/ Rachel A. Riso*______________________
Attorney of Record