**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON and SHELIA LYNN MANNON,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 6:26-CV-03518-MDH** |
| **CITY OF LEBANON, MISSOURI,** | ) | |
| **Defendant.** | ) | |

**NOTICE OF FIRM CHANGE**

The undersigned counsel, Rachel A. Riso, hereby provides notice to the Court that she is no longer affiliated with the law firm of Ellis Ellis Hammons & Johnson, PC, and is now affiliated with Spencer Fane LLP, and respectfully submits this Notice of Firm Change to the Court.

Respectfully submitted,

**SPENCER FANE LLP**

By: /s/ *Rachel A. Riso*

Rachel A. Riso, Mo Bar No. 57145
2144 E. Republic Road, Ste. B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile (417) 881-8035
rriso@spencerfane.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of October, 2026, I electronically filed the foregoing with the Clerk of the Court using the e-filing system which provided e-notice to all attorneys of record.

/s/ *Rachel A. Riso*
Attorney