IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| LESLIE DENNIS MANNON and<br>SHELIA LYNN MANNON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LEBANON, MISSOURI,<br>a municipal corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-03518-MDH |

**CERTIFICATE OF SERVICE BY MAIL OF PLAINTIFFS' RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiffs Leslie Dennis Mannon and Shelia Lynn Mannon, pro se, certify under Local Rule 26.3(b) that on October 26, 2026, they served a paper copy of Plaintiffs' Rule 26(a)(1) Initial Disclosures, first served by email on October 22, 2026, on counsel of record for Defendant City of Lebanon, Missouri, by first-class United States mail, postage prepaid, under Fed. R. Civ. P. 5(b)(2)(C), addressed to: Rachel A. Riso, Spencer Fane LLP, 2144 E. Republic Road, Suite B300, Springfield, Missouri 65804. In accordance with Local Rule 26.3(a)(1), the disclosures themselves are served but not filed.

Dated: October 26, 2026

Respectfully submitted,

Leslie Dennis Mannon
_______________________

Leslie Dennis Mannon, Pro Se

25641 Ortega Drive, Lebanon, MO 65536

573-703-3727

dmansr@gmail.com

Shelia Lynn Mannon
_______________________

Shelia Lynn Mannon, Pro Se

25641 Ortega Drive, Lebanon, MO 65536

573-620-2016

shelia.mannon@gmail.com

**CERTIFICATE OF SERVICE**

We certify that we submitted the foregoing Certificate of Service to the Clerk of the Court through the Court's Electronic Document Submission System for filing in the CM/ECF system on October 26, 2026, and that the CM/ECF system will send a notice of electronic filing to counsel of record for Defendant City of Lebanon, Missouri, a registered CM/ECF user: Rachel A. Riso, Spencer Fane LLP, rriso@spencerfane.com.

Leslie Dennis Mannon

Leslie Dennis Mannon, Pro Se

Shelia Lynn Mannon

Shelia Lynn Mannon, Pro Se