**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON and SHELIA LYNN MANNON,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 6:26-CV-03518-MDH** |
| | ) | |
| **CITY OF LEBANON, MISSOURI,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT MOTION FOR PROTECTIVE ORDER**

COMES NOW, Plaintiffs, Leslie Dennis Mannon and Shelia Lynn Mannon, (hereinafter "Plaintiffs") and Defendant City of Lebanon, Missouri ( hereinafter "Defendant"), by and through undersigned counsel of record. Upon agreement of the parties, by and through their counsel of record and pursuant to Federal Rule of Civil Procedure 26(c) the parties move the Court to enter the Protective Order attached as Exhibit A, pursuant to the joint stipulation of the parties.


*/s/ Leslie Dennis Mannon*
Leslie Dennis Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
573-703-3727
dmansr@gmail.com

*/s/ Shelia Lynn Mannon*
Shelia Lynn Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
573-620-2016
shelia.mannon@gmail.com

Respectfully submitted,

**SPENCER FANE LLP**

By: ___/s/ *Rachel A. Riso*___________

Rachel A. Riso, Mo Bar No. 57145
2144 E. Republic Road, Ste. B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile (417) 881-8035
rriso@spencerfane.com
*Attorneys for Defendant*