**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON and SHELIA LYNN MANNON,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 6:26-CV-03518-MDH** |
| **CITY OF LEBANON, MISSOURI,** | ) | |
| **Defendant.** | ) | |

# CERTIFICATE OF SERVICE

The undersigned certifies that Defendant, City of Lebanon, Missouri, served ***Defendant's Initial Rule 26(A) Disclosures*** by electronic mail to: Leslie Dennis Mannon, 25641 Ortega Drive, Lebanon, MO 65536, dmansr@gmail.com and Shelia Mannon, 25641 Ortega Drive, Lebanon, MO 65536, shelia.mannon@gmail.com in PDF format on this 5th day of November, 2026.

Respectfully submitted,

**SPENCER FANE LLP**

By: */s/ Rachel A. Riso*

Rachel A. Riso, Mo Bar No. 57145
2144 E. Republic Road, Ste. B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile (417) 881-8035
rriso@spencerfane.com
*Attorneys for Defendant*