**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LESLIE DENNIS MANNON and SHELIA LYNN MANNON,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. 6:26-CV-03518-MDH** |
| **CITY OF LEBANON, MISSOURI,** | ) | |
| **Defendant.** | ) | |

**DESIGNATION OF NEUTRAL**

In accordance with the Notice of Inclusion, MAP General Order, and any applicable guidelines, the parties file their Designation of Neutral as follows:

NEUTRAL'S NAME: ______Mark Powell__________________________

__________ Not on List
(*This should be marked with an "X" only if the person is not on Court's List of Neutrals but was approved by the MAP Director*)

SESSION TYPE: ___X___ Mediation ______ ADR-O

SESSION DATE AND TIME: ______January 19, 2027, 9:00 a.m.__________________________

SESSION LOCATION: ______Via Zoom__________________________________________

MODE OF SESSION: In person: _____ Virtual: _X_____ Hybrid ______

*/s/ Leslie Dennis Mannon*

Leslie Dennis Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
573-703-3727
dmansr@gmail.com

*/s/ Shelia Lynn Mannon*
Shelia Lynn Mannon, Pro Se
25641 Ortega Drive
Lebanon, MO 65536
573-620-2016
shelia.mannon@gmail.com

Respectfully submitted,

**SPENCER FANE LLP**

By: /s/ *Rachel A. Riso*
Rachel A. Riso, Mo Bar No. 57145
2144 E. Republic Road, Ste. B300
Springfield, MO 65804
Telephone: (417) 888-1000
Facsimile (417) 881-8035
rriso@spencerfane.com
*Attorneys for Defendant*