**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| LESLIE DENNIS MANNON and<br>SHELIA LYNN MANNON,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LEBANON, MISSOURI,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 6:26-cv-03518-MDH |

**CERTIFICATE OF SERVICE OF**
**PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS**
**TO DEFENDANT CITY OF LEBANON, MISSOURI**

Plaintiffs Leslie Dennis Mannon and Shelia Lynn Mannon, pro se, certify under Local Rule 26.3(b) that on November 10, 2026, they served Plaintiffs' First Requests for Production of Documents to Defendant City of Lebanon, Missouri on counsel of record for Defendant City of Lebanon, Missouri, by first-class United States mail, postage prepaid, under Fed. R. Civ. P. 5(b)(2)(C), addressed to: Rachel A. Riso, Spencer Fane LLP, 2144 E. Republic Road, Suite B300, Springfield, Missouri 65804, and sent a courtesy copy by email to rriso@spencerfane.com the same day. In accordance with Local Rule 26.3(a)(5), the requests themselves are served but not filed.

Dated: November 10, 2026
Respectfully submitted,

Leslie Dennis Mannon, Pro Se
25641 Ortega Drive, Lebanon, MO 65536
573-703-3727
dmansr@gmail.com

Shelia Lynn Mannon, Pro Se
25641 Ortega Drive, Lebanon, MO 65536
573-620-2016
shelia.mannon@gmail.com

**CERTIFICATE OF SERVICE**

We certify that we submitted the foregoing Certificate of Service to the Clerk of the Court through the Court's Electronic Document Submission System for filing in the CM/ECF system on November 10, 2026, and that the CM/ECF system will send a notice of electronic filing to counsel of record for Defendant City of Lebanon, Missouri, a registered CM/ECF user: Rachel A. Riso, Spencer Fane LLP, rriso@spencerfane.com.

Leslie Dennis Mannon
_______________________________
Leslie Dennis Mannon, Pro Se

Shelia Lynn Mannon
_______________________________
Shelia Lynn Mannon, Pro Se